## 27973. FLINT v. THE STATE.

BROYLES, C. J. The defendant was convicted of "attempted larceny from the house." He introduced no evidence, but made a statement to the jury, in which he denied that he was guilty of any offense. The evidence for the State authorized the verdict, and the court did not err in overruling the motion for new trial, which embraced only the general grounds.     *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED FEBRUARY 5, 1940.

*Grover C. Willis Jr.,* for plaintiff in error.
*J. R. Thompson, solicitor,* contra.

## 28008. CASSEDY v. THE STATE.

BROYLES, C. J. 1. It appears from the bill of exceptions and the record that the defendant's motion for new trial was overruled on August 1, 1939, and the bill of exceptions was presented to the judge on August 21, 1939. The presentation was within twenty days of the judgment excepted to, and the motion to dismiss the writ of error is denied.

2. The defendant was tried on an accusation which charged him with *selling* an automobile which he had bought from Joe Garrett under a retained-title contract, with intent to defraud said Garrett. The evidence failed to show that the defendant *sold* the automobile as charged in the accusation; and therefore the verdict of guilty was unauthorized. The court erred in overruling the motion for new trial.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED FEBRUARY 5, 1940.

*Elders & Odum,* for plaintiff in error.
*B. D. Dubberly, solicitor,* contra.